# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-3564
LT Case No. 2020-30941-CJCI

_____

R.R., MOTHER of H.R., C.R., and
G.R., CHILDREN,

    Appellant,

    v.

DEPARTMENT of CHILDREN and
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

Gary S Israel, Orlando, for Appellant.

Kelley Schaeffer, of Children's Legal Services, Department of
Children and Families, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Blake Lynne Bruce, Senior Attorney, Tallahassee, of Guardian ad
Litem, for Guardian ad Litem Program.


July 17, 2024


PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

―――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――

2